In the Matter of the Estate of PHILIP SPRINGER, Deceased. AMELIA DECHER, Appellant; MORDECAI P. SPRINGER, Respondent.

(Argued October 5, 1933; decided October 24, 1933.)

*Irving W. Weinblatt* and *Nathan Lieberman* for appellant.
*Fred Jacobs* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.